**Order entered December 5, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00751-CV

## NIKOLAY VLADOV, TEODORA ARSOVA, AND ELENA ARSOVA, Appellants

## V.

## AUTOHAUS, LLC D/B/A EWING AUTOMOTIVE GROUP AND MERCEDES BENZ OF PLANO, Appellees

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 002-02979-2020**

### ORDER

The reporter's record in this appeal is overdue. By postcard dated October 6, 2022, we notified the official court reporter for County Court at Law No. 2 that the reporter's record was overdue. We directed the reporter to file the record within thirty days. To date, however, we have not received any response.

Accordingly, we **ORDER** court reporter Kristen Kopp to file, **NO LATER THAN DECEMBER 20, 2022,** (1) the reporter's record, (2) written verification

no hearings were recorded, or (3) written verification appellants have not paid or made arrangements to pay for the record. *We notify appellants that if we receive verification appellants have not paid or made arrangements to pay for the reporter's record, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of the Court to send copies of this order to the Honorable Barnett Walker, Presiding Judge of County Court at Law No. 2; Ms. Kopp; and, the parties.

/s/    BONNIE LEE GOLDSTEIN
          JUSTICE